PETER ZARELLA *vs.* ALPHEUS ZARELLA, executor & trustee. December 23, 1969. The probate judge dismissed the appellant's petition to establish a resulting trust in certain real estate. The judge made no findings of fact. The evidence is reported. The rule of review stated in *Marlowe* v. *O'Brien*, 321 Mass. 384, 386, governs. Concededly, the property had been purchased by the petitioner's mother with her own money and was standing in her name at the time of her death when by her will it was devised to another son for stated purposes. The testimony at best tended to show a general family understanding that the petitioner was to be permitted at some time to buy the property from his mother at the original purchase price. It fell far short, however, of requiring a finding of a resulting trust in his favor.

*Decree affirmed.*

*Paul J. McCormack* for the appellant.
*Vincent Mottola* for the appellee.

CAVALLARO REALTY, INC. *vs.* TREASURER OF BOSTON REDEVELOPMENT AUTHORITY (and a companion case). December 23, 1969. This is a petition for a writ of mandamus to require the respondent treasurer to pay the balance of a judgment due on account of property taken by the Authority. A companion case is a bill in equity by the treasurer against Cavallaro Realty, Inc. and A. Cavallaro Company, Inc. to reform an instrument allegedly providing for payment for use and occupation of the property. This amount is unliquidated. A single justice ordered a writ of mandamus to issue for the full amount, and entered a decree dismissing the bill for reformation. The treasurer appealed. There have been no findings of fact and no effort to obtain any. The cases may have been tried on statements of counsel. In any event no evidence appears to have been offered. It is impossible on these records to determine the questions argued on behalf of the treasurer. In the mandamus case the order is affirmed. In the equity case, the decree is affirmed, with costs of appeal.

*So ordered.*

*William L. Kendrick, Jr.*, for the Treasurer of Boston Redevelopment Authority.
*Lawrence H. Adler* for Cavallaro Realty, Inc. & another.